396 A.2d 845

Stewart, Appellant, v. Stewart.

Argued October 24, 1978. Sanford S. Finder, for appellant; Samuel L. Rodgers, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Decree affirmed.

396 A.2d 845

Teodori et al. v. Werner, Appellant.

Argued October 25, 1978. Samuel L. Rodgers, for appellant; Milton D. Rosenberg, for appellees.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.